UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AMANDA HARCROW                                     CIVIL ACTION

VERSUS                                             NUMBER: 06-10919

MICHAEL J. ASTRUE,                                 SECTION: "B"(5)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION

<u>O R D E R</u>

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the Commissioner's decision is reversed and that this case is remanded to him for further proceedings pursuant to sentence four of 42 U.S.C. §405(g).

**IT IS FURTHER ORDERED** that the Commissioner is to commence paying benefits pursuant to the February 21, 2007 favorable decision and to continue paying same while the remand and re-evaluation procedure is implemented.

New Orleans, Louisiana, this <u>14th</u> day of <u>February, 2008</u>.

_____
UNITED STATES DISTRICT JUDGE