UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**AMANDA HARCROW**                                         **CIVIL ACTION**

**VERSUS**                                                 **NO. 06-10919**

**MICHAEL J. ASTRUE,**                                     **SECTION: "B"(5)**
**COMMISSION OF SOCIAL SECURITY**
**ADMINISTRATION**

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's motion for EAJA fees is granted and that she is awarded fees in the amount of $6,375.00 (48.8 hours at $125/hour + 5.5 hours at $50/hour) plus court costs in the amount of $350.00, for a grand total of $6,725.00

New Orleans, Louisiana, this 22nd day of July, 2008.

UNITED STATES DISTRICT JUDGE